UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 5:24-cr-77-TPB-PRL | DATE: | June 5, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | Giancarlo Berlingeri |
| UNITED STATES OF AMERICA v. EDWIN DANILO MEJIA-PANEDA | | LANGUAGE: | Spanish |
| | | ASSISTANT U.S. ATTORNEY: | |
| | | DEFENSE COUNSEL: | Aziza Hawthorne |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME 2:06-2:16 | TOTAL: 10 mins | PRETRIAL: | Juan Cabrera |
| | | COURTROOM: | 5D |

**PROCEEDINGS: INITIAL APPEARANCE**

(✓)  Case called; appearances taken; procedural setting by the Court.

(✓)  Interpreter was sworn.

(✓)  The Court inquired of the Defendant regarding competency.

(✓)  The Defendant was advised of Rule 5c rights.

(✓)  Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓)  Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓)  Oral motion by the Government for (✓) Detention ( ) Release

(✓)  Oral motion for continuance of (✓) detention hearing ( ) preliminary hearing by (✓) Defendant ( ) Government.

(✓)  Court granted the oral motion for continuance. Order entered.

(✓)  Arraignment to be set in the Ocala Division by separate notice.